# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2006

130011

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

KALVIN LAMAR WASHINGTON,
    Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130011
COA: 256061
Oakland CC: 2003-190459-FH

On order of the Court, the application for leave to appeal the October 20, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would hold this case in abeyance for *People v Drohan*, lv gtd 472 Mich 881 (2005).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2006

t0320

_____
Clerk